2008 AUG -8 PM 4:53
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY
FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROSA MIRIAM DELLA PORTA,<br><br>    Defendant. | No. CR08-00942<br><br>I N D I C T M E N T<br><br>[29 U.S.C. § 501(c): Embezzlement and Theft of Labor Union Assets |

The Grand Jury charges:

GENERAL ALLEGATION

At all times material to this Indictment, International Longshoremen's and Warehousemen's Union Local 26 was a labor organization engaged in an industry affecting commerce within the meaning of the Labor Management Reporting and Disclosure Act of 1959 and as those terms are defined in Title 29, United States Code, Sections 402(a)-(c), (i), and (j), and was located in the City of Los Angeles, California.

DM:dm

COUNT ONE

[29 U.S.C. § 501(c)]

Between on or about August 11, 2003 and June 12, 2006, in Los Angeles County, in the Central District of California, defendant ROSA MIRIAM DELLA PORTA, an employee of the International Longshoremen's and Warehousemen's Union Local 26, embezzled, stole and unlawfully and willfully abstracted and converted to her own use, and the use of others, the moneys, funds, property, and other assets of International Longshoremen's and Warehousemen's Union Local 26.

A TRUE BILL

/S/
_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

*Daniel A. Goodman, Asst U.S. Atty, Deputy Chief, Criminal Division, for:*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Environmental Crimes Section

DENNIS MITCHELL
Assistant United States Attorney
Environmental Crimes Section